FILED
2011 JUL 11 PM 4:42
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CRIMINAL NO. A11 M 517 AWA |
| Plaintiff, | § | |
| | § | **INFORMATION** |
| v. | § | (Misdemeanor) |
| | § | |
| ELIZABETH LYDIA McLELLAN, | § § | [Vio: 18 U.S.C. § 1711 – Misappropriation of Postal Funds] |
| Defendant. | § | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### Misappropriation of Postal Funds
### [18 U.S.C. § 1711]

From in or about November 2007, and continuing until in or about August 2009, in the Western District of Texas, the Defendant,

### ELIZABETH LYDIA McLELLAN

being a Postal Service employee, did convert to her own use money and property under her control in the execution of her office, employment, and service, of a value of less than $1000.

In violation of Title 18, United States Code, Section 1711.

                              JOHN E. MURPHY
                              United States Attorney

By:    _____
        MATTHEW B. DEVLIN
        Assistant United States Attorney
        816 Congress Avenue, Suite 1000
        Austin, Texas 78701
        (512) 916-5858
        Fax (512) 916-5854
        State Bar No. 00795012